# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

128623-5(101)(102)(103)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAYLE TRENTADUE, as Personal
Representative of the Estate of
MARGARETTE F. EBY, Deceased,
         Plaintiff-Appellee,

v

BUCKLER AUTOMATIC LAWN
SPRINKLER COMPANY, SHIRLEY
GORTON, LAURENCE W. GORTON,
JEFFREY GORTON, VICTOR NYBERG,
TODD MICHAEL BAKOS and CARL
L. BEKOFSKE, as Personal Representative
of the Estate of RUTH R. MOTT, Deceased,
         Defendants,
and

MFO MANAGEMENT COMPANY,
         Defendant-Appellant.

SC:   128623, 128624, 128625
COA: 252155, 252207, 252209
Genesee CC: 02-074145-NZ

_____

On order of the Chief Justice, immediate consideration is GRANTED and the motions by Iron Workers Local No. 25 Pension Fund et al and The Michigan Electric and Gas Association for leave to file brief *amicus curiae* are GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

_____
Clerk